**Dismissed and Memorandum Opinion filed June 26, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00243-CV

---

### MILAGROS D. GUGLIUZZA, Appellant

### V.

### CHARLES JOHN GUGLIUZZA, Appellee

---

**On Appeal from the 310th District Court
Harris County, Texas
Trial Court Cause No. 2012-73819**

---

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from a judgment signed December 18, 2013. Appellant filed an untimely motion for new trial on January 21, 2014. Appellant's notice of appeal was filed March 25, 2014.

The notice of appeal must be filed within thirty days after the judgment is signed when appellant has not filed a timely motion for new trial, motion to modify the judgment, motion to reinstate, or request for findings of fact and conclusion of

law.  See Tex. R. App. P. 26.1  Appellant's notice of appeal was not filed timely.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time.  *See Verburgt v. Dorner*, 959 S.W.2d 615, 617-18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the fifteen-day period provided by Rule 26.3

On May 12, 2014, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 42.3(a).  Appellant's response fails to demonstrate that this court has jurisdiction to entertain the appeal.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.